JONES *et al. v.* ROUNTREE *et al.*

There being equity in the petition, the evidence being conflicting, no abuse of discretion having been shown, and no reason appearing to take this case out of the general rule, this court will not interfere with the discretion of the judge below in granting an interlocutory injunction.　　　*Judgment affirmed.*

July 17, 1893.

Petition for injunction, etc. Before Judge HANSELL. Brooks county. At chambers, March 10, 1893.

W. C. McCALL, for plaintiff in error.

D. W. ROUNTREE and E. P. S. DENMARK, *contra.*

---

HARRELL *v.* GRIFFIN *et al.*

The only errors complained of being the dissolving of a restraining order and the refusal to grant an interlocutory injunction, and no question of law being distinctly made by the bill of exceptions, and it appearing from an examination of the evidence that there was no abuse of discretion, this court will adhere to the general rule applicable in such cases and decline to reverse the judgment.

July 24, 1893.　　　*Judgment affirmed.*

Petition for injunction, etc. Before Judge HANSELL. Lowndes county. At chambers, February. 20, 1893.

S. T. KINGSBERY and W. E. THOMAS, for plaintiff.

J. G. CRANFORD, for defendants.

---

